```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 13695
   SONYA JOHNSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9993


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/24/2006 and was confirmed 12/14/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  11.00%.

      The case was dismissed after confirmation 10/18/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 SILVERLEAF RESORTS        SECURED NOT I        .00             .00            .00
 WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00             .00            .00
 WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      83.53             .00          83.53
 ARONSON FURNITURE         SECURED           400.00           14.86          58.53
 ARONSON FURNITURE         UNSECURED        1504.49             .00            .00
 NUVELL CREDIT CO LLC      SECURED VEHIC    9275.00          495.74        1468.83
 NUVELL CREDIT CO LLC      UNSECURED       11342.07             .00            .00
 CHARMING SHOPPES FASHION  UNSECURED         524.35             .00            .00
 ISAC                      UNSECURED            .00             .00            .00
 ECMC                      UNSECURED            .00             .00            .00
 NATIONAL STUDENT LOAN PR  UNSECURED            .00             .00            .00
 USA PAYDAY LOANS          UNSECURED       NOT FILED            .00            .00
 WORLD FINANCIAL NETWORK   UNSECURED         166.66             .00            .00
 WORLD FINANCIAL NETWORK   UNSECURED         145.78             .00            .00
 WELLS FARGO HOME MORTGAG  NOTICE ONLY     NOT FILED            .00            .00
 SILVERLEAF RESORTS        UNSECURED       NOT FILED            .00            .00
 ILLINOIS DEPT OF REV      PRIORITY         2421.93             .00            .00
 SELECT LEGAL PC           DEBTOR ATTY      1,200.00                       1,200.00
 TOM VAUGHN                TRUSTEE                                           219.80
 DEBTOR REFUND             REFUND                                              8.71

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE              3,550.00

 PRIORITY                                      .00
 SECURED                                  1,610.89
    INTEREST                                510.60
 UNSECURED                                     .00
 ADMINISTRATIVE                           1,200.00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13695 SONYA JOHNSON
```

```
TRUSTEE COMPENSATION                                              219.80
DEBTOR REFUND                                                       8.71
                                         ----------------   ----------------
TOTALS                                           3,550.00           3,550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
   Dated: 01/28/08                       _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```